IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Doss, Gregory | Case Number:  08 B 00091 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 01/29/09 | Filed:  1/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 16, 2008
Confirmed: March 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,470.00 | |
| Secured: | | 135.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,173.68 |
| Trustee Fee: | | 161.32 |
| Other Funds: | | 0.00 |
| Totals: | 2,470.00 | 2,470.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 2,173.68 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Personal Finance Company | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 6. | Great American Finance Company | Secured | 2,231.56 | 135.00 |
| 7. | Illinois Dept of Revenue | Priority | 3,822.39 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 104.37 | 0.00 |
| 9. | Merrick Bank | Unsecured | 168.09 | 0.00 |
| 10. | American Honda Finance Corporation | Unsecured | 1,836.25 | 0.00 |
| 11. | American General Finance | Unsecured | 612.32 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 58.27 | 0.00 |
| 13. | HFC | Unsecured | | No Claim Filed |
| 14. | Cash Call | Unsecured | | No Claim Filed |
| | | | $ 12,314.75 | $ 2,308.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 110.50 |
| 6.6% | 50.82 |
| | $ 161.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Doss, Gregory

Printed: 01/29/09

Case Number:  08 B 00091
Judge:  Goldgar, A. Benjamin
Filed:  1/3/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

